# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| EGI-TRB, LLC | |
| Appellant, | |
| v. | Case No. 1:12-cv-01100-GMS |
| TRIBUNE COMPANY, *et al.*, | (On appeal from the Honorable |
| Appellees. | Kevin J. Carey, Bankruptcy Judge) |

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on September 13, 2012, I caused a copy of *Appellant EGI-TRB, LLC's Opening Brief* and accompanying Appendix to be served upon the persons on the attached service list via U.S. Mail, postage prepaid, unless otherwise indicated.

*/s/ David W. Carickhoff*
David W. Carickhoff (DE No. 3715)

Garvan F. McDaniel, Esquire
**Bifferato Gentilotti**
800 North King Street
P.O. Box 2165
Wilmington DE 19899-2165

Katharine L. Mayer, Esquire
**McCarter & English LLP**
Suite 1800
Renaissance Centre, 8th Floor
405 North King Street
Wilmington DE 19801

Norman L. Pernick Esquire
J. Kate Stickles, Esquire
Patrick J. Reilley, Esquire
**Cole, Schotz, Meisel, Forman & Leonard, PA**
500 Delaware Avenue
Suite 1410
Wilmington DE 19801

David S. Rosner, Esquire
Sheron Korpus, Esquire
Christine A. Montenegro, Esquire
Matthew B. Stein, Esquire
**Kasowitz, Benson, Torres & Friedman LLP**
1633 Broadway
New York NY 10019

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
Wilmington DE 19801

Bruce Bennett, Esquire
James O. Johnston, Esquire
Joshua M. Mester, Esquire
**Jones Day**
555 South Flower Street, 50th Floor
Los Angeles CA 90071

Graeme W. Bush, Esquire
James Sottile, Esquire

William D. Sullivan, Esquire
**Sullivan Hazeltine Allinson LLC**
4 East 8th Street
Suite 400
Wilmington DE 19801

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Leigh Anne M. Raport, Esquire
**Ashby & Geddes, P.A.**
500 Delaware Avenue
Wilmington DE 19899

Mark D. Collins, Esquire
Robert J. Stearn, Esquire
Drew G. Sloan, Esquire
**Richards Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington DE 19801

Robert S. Brady, Esquire
M. Blake Cleary Esquire
**Young Conaway Stargatt & Taylor LLP**
Rodney Square
1000 North King Street
Wilmington DE 19801

David Adler, Esquire
**McCarter & English LLP**
27th Floor
245 Park Avenue
New York NY 10167

Robert J. Stark, Esquire
Daniel J. Saval, Esquire
**Brown Rudnick LLP**
Seven Times Square
New York NY 10036

James F. Conlan, Esquire
Bryan Krakauer, Esquire

2

| | |
|---|---|
| **Zuckerman Spaeder LLP**<br>Suite 1000<br>1800 M Street, NW<br>Washington DC 20036-5807 | Kevin T. Lantry, Esquire<br>Jessica C. K. Boelter, Esquire<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago IL 60603 |
| Donald S. Bernstein, Esquire<br>Damian Schaible, Esquire<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York NY 10017 | Mr. Howard Seife, Esquire<br>David M. LeMay, Esquire<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York NY 10112 |
| Daniel H. Golden, Esquire<br>David M. Zensky, Esquire<br>Philip C. Dublin, Esquire<br>Deborah J. Newman, Esquire<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY  10036 | Andrew N. Goldman, Esquire<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>399 Park Avenue<br>New York NY 10022 |