# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                            Debtors. | Chapter 11<br>Bankr. Case No. 08-13141 (KJC)<br>Jointly Administered |
| EGI-TRB, LLC<br><br>                            Appellant,<br><br>-against-<br><br>TRIBUNE COMPANY, *et al.*,<br><br>                            Appellees. | Civil Action No. 12-1100 (GMS) |

## CORPORATE DISCLOSURE STATEMENT OF: (1) APPELLEE LAW DEBENTURE TRUST COMPANY OF NEW YORK AND (2) APPELLEE DEUTSCHE BANK TRUST COMPANY AMERICAS

     1.     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Law Debenture Trust Company of New York (**"Law Debenture"**), by and through its undersigned counsel, make the following disclosure:

     (a)     Law Debenture is a limited purpose trust company governed by the laws of the State of New York, with a principal place of business at 400 Madison Avenue, Suite 4D, New York, NY 10017.

     (b)     Law Debenture is a wholly-owned subsidiary of The Law Debenture Corporation plc; and

     (c)     The Law Debenture Corporation plc has no parent corporation, and no corporation owns 10% or more of Law Debenture plc's equity interests.

     2.     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Deutsche Bank Trust Company Americas (**"DBTCA"**), by and through its undersigned counsel, make the following disclosure:

     (a)     DBTCA is a banking institution governed by the laws of the State of New York, with a principal place of business at 60 Wall Street, New York, NY.

     (b)     DBTCA is a wholly-owned subsidiary of Deutsche Bank Trust Corporation;

(c)     Deutsche Bank Trust Corporation is a wholly-owned subsidiary of Taunus Corporation;

(d)     Taunus Corporation is a wholly-owned subsidiary of Deutsche Bank AG; and

(e)     No corporation directly or indirectly owns 10% or more of any class of Deutsche Bank AG's equity interests.

Dated:  October 3, 2012                         Respectfully submitted,

KASOWITZ, BENSON, TORRES &               BIFFERATO GENTILOTTI LLC
      FRIEDMAN LLP
      David S. Rosner                                  _____/s/ Garvan F. McDaniel_____
      Sheron Korpus                                   Garvan F. McDaniel (I.D. No. 4167)
      Christine A. Montenegro                    Mary E. Augustine
      Matthew B. Stein                               800 N. King Street, Plaza Level
      1633 Broadway                                  Wilmington, Delaware 19801
      New York, New York 10019             302-429-1900
      212-506-1700

*Counsel for Appellee Law Debenture Trust Company of New York, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*

McCARTER & ENGLISH, LLP                   McCARTER & ENGLISH, LLP
      David J. Adler
      245 Park Avenue                               _____/s/  Katharine L. Mayer_____
      New York, New York 10167             Katharine L. Mayer (I.D. No. 3758)
      212-609-6800                                   Renaissance Centre
                                                              405 N. King Street
                                                              Wilmington, Delaware 19801
                                                              302-984-6300

*Counsel for Appellee Deutsche Bank Trust Company Americas, solely in its capacity as successor Indenture Trustee for certain series of Senior Notes*