## **CERTIFICATE OF SERVICE**

I, David W. Carickhoff, hereby certify that on October 11, 2012, I caused a copy of the *Supplemental Appendix To Appellant EGI-TRB, LLC's Reply Brief* to be served upon the persons on the attached service list via U.S. Mail, postage prepaid, unless otherwise indicated.

*/s/  David W. Carickhoff*
David W. Carickhoff (DE No. 3715)

| | |
|---|---|
| Garvan F. McDaniel, Esquire<br>**Bifferato Gentilotti**<br>800 North King Street<br>P.O. Box 2165<br>Wilmington DE 19899-2165 | William D. Sullivan, Esquire<br>**Sullivan Hazeltine Allinson LLC**<br>4 East 8th Street<br>Suite 400<br>Wilmington DE 19801 |
| Katharine L. Mayer, Esquire<br>**McCarter & English LLP**<br>Suite 1800<br>Renaissance Centre, 8th Floor<br>405 North King Street<br>Wilmington DE 19801 | William P. Bowden, Esquire<br>Amanda M. Winfree, Esquire<br>Leigh Anne M. Raport, Esquire<br>**Ashby & Geddes, P.A.**<br>500 Delaware Avenue<br>Wilmington DE 19899 |
| Norman L. Pernick Esquire<br>J. Kate Stickles, Esquire<br>Patrick J. Reilley, Esquire<br>**Cole, Schotz, Meisel, Forman & Leonard, PA**<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | Mark D. Collins, Esquire<br>Robert J. Stearn, Esquire<br>Drew G. Sloan, Esquire<br>**Richards Layton & Finger, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 |
| David S. Rosner, Esquire<br>Sheron Korpus, Esquire<br>Christine A. Montenegro, Esquire<br>Matthew B. Stein, Esquire<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York NY 10019 | Robert S. Brady, Esquire<br>M. Blake Cleary Esquire<br>**Young Conaway Stargatt & Taylor LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington DE 19801 |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>**Landis Rath & Cobb LLP**<br>919 Market Street, Suite 1800<br>Wilmington DE 19801 | David Adler, Esquire<br>**McCarter & English LLP**<br>27th Floor<br>245 Park Avenue<br>New York NY 10167 |
| Bruce Bennett, Esquire<br>James O. Johnston, Esquire<br>Joshua M. Mester, Esquire<br>**Jones Day**<br>555 South Flower Street, 50th Floor<br>Los Angeles CA 90071 | Robert J. Stark, Esquire<br>Daniel J. Saval, Esquire<br>**Brown Rudnick LLP**<br>Seven Times Square<br>New York NY 10036 |
| Graeme W. Bush, Esquire<br>James Sottile, Esquire | James F. Conlan, Esquire<br>Bryan Krakauer, Esquire |

2

| | |
|---|---|
| **Zuckerman Spaeder LLP**<br>Suite 1000<br>1800 M Street, NW<br>Washington DC 20036-5807 | Kevin T. Lantry, Esquire<br>Jessica C. K. Boelter, Esquire<br>**Sidley Austin LLP**<br>One South Dearborn<br>Chicago IL 60603 |
| Donald S. Bernstein, Esquire<br>Damian Schaible, Esquire<br>**Davis Polk & Wardwell LLP**<br>450 Lexington Avenue<br>New York NY 10017 | Mr. Howard Seife, Esquire<br>David M. LeMay, Esquire<br>**Chadbourne & Parke LLP**<br>30 Rockefeller Plaza<br>New York NY 10112 |
| Daniel H. Golden, Esquire<br>David M. Zensky, Esquire<br>Philip C. Dublin, Esquire<br>Deborah J. Newman, Esquire<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY  10036 | Andrew N. Goldman, Esquire<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>399 Park Avenue<br>New York NY 10022 |